Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39398. Sims Leo Taylor v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39408. James W. Vaughn v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39413. The State of Ohio, appellant v. Jack Flager, a.k.a. Jack Pflager, appellee. Seneca County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39440. William Carter, a Minor, appellant v. Occidental Life Ins. Co., appellee. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill and Brown, JJ., concur.

39451. Gertrude Harpe, appellant v. Agnes Marie Weinreich, Exrx., appellee. Cuyahoga County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39462. Clyde Young et al., appellees v. The P. S. Truesdell Co., appellant, et al. Franklin County. Appeal from the Court of Appeals. Dismissed, sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39501. James Colavecchio et al. v. James J. McGettrick, Sheriff. In Habeas Corpus. Petitioners remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39505. Lola B. Hoppes, appellee v. Wendell N. Hoppes, appellant. Fayette County. Appeal from the Court of Appeals. Dismissed, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill, Schneider and Brown, JJ., concur.

![black bar]

39319. Schnell Tool & Die Corp. et al., appellants v. United Steel Workers of America, AFL-CIO, et al., appellees. Columbiana County.

39372. John C. Helms, appellee v. James Dickey Post No. 23, American Legion, Inc., appellant.

39373. Rose Helms, appellee v. James Dickey Post No. 23, American Legion, Inc., appellant. Scioto County.

39441. James E. Taylor, appellee v. Elmer A. Keller, Admr., Bureau of Workmen's Compensation, et al., appellants. Stark County.

39476. In re Estate of Charles E. Weiler: Planned Parenthood Assn. et al., appellants v. Tax Commr. of the State of Ohio, appellee. Franklin County.

39491. William E. Kenney, appellee v. Employers Liability Assurance Corp., Ltd., appellant. Mahoning County.

39493. Louis N. Lonzrick, appellee v. Republic Steel Corp., appellant. Cuyahoga County.

![black bar]

39342. The State of Ohio, appellee v. Gene Daniel Boals, appellant. Columbiana County.

39350. Dubin Housing Corp., appellee v. William B. Gurley et al., appellants. Cuyahoga County.

39440. William Carter, a Minor, appellant v. Occidental Life Ins. Co., appellee. Franklin County.

39451. Gertrude Harpe, appellant v. Agnes Marie Weinreich, Admx., appellee. Cuyahoga County.

39459. Michael B. Glaze et al., appellees v. William Raver, appellant. Fairfield County.

39462. Clyde Young et al., appellees v. The P. S. Truesdell Co., appellant, et al. Franklin County.

39466. Western Assurance Co., appellant v. John Bevacqua, et al., appellees. Cuyahoga County.

39487. John T. Steel et al., appellees v. Ruth O. Wyant et al., appellants. Cuyahoga County.

39495. David & Gilbert D. Steinen, Jr., d. b. a. Old Dutch Tavern, appellants v. Board of Liquor Control et al., appellees. Franklin County.

39499. Wilma J. Butler, appellant v. A. J. Wensinger, appellee. Marion County.

39508. William Dolan, appellant v. First English Evangelical Lutheran Church, a.k.a. First Lutheran Church, appellee.

39509. Kathryn Dolan, appellant v. First English Evangelical Lutheran Church a.k.a. First Luthern Church, appellee. Hamilton County.

39512. Herbert C. Goodson, appellant v. Hoelzl-Martini Construction Co. et al., appellees. Cuyahoga County.

39532. Charles McConaha, appellee v. Herbert C. Cook, appellant. Franklin County.

39544. Walter J. Hughes, appellee v. Consolidated Trucking, Inc., appellant. Hamilton County.

![black bar]

39046. The State, ex rel. Harvey W. Waller v. Medical Board of the State of